1  HAYDN-MYER LAW CORPORATION
   Christopher Haydn-Myer, Bar #176333
2  1478 Stone Point Drive, Suite 400
   Roseville, California 95661
3  Telephone: (916) 622-1703
   Fax: (916) 760-2767
4  email: chrishaydn@sbcglobal.net

5  Attorney for Defendant
   DAWN C. POWERS

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  CR. NO. 12-315-JAM
                                  )
11               Plaintiff,       )
                                  )       WAIVER OF
12      v.                        )  DEFENDANT'S PRESENCE
                                  )
13 DAWN C. POWERS,                )
                                  )
14                                )
                 Defendant.       )
15                                )
                                  )
16 _____

17
         Defendant, DAWN C. POWERS, hereby waives the right to be in person
18
   in open court upon the hearing of any motion or to her proceeding in
19
   this cause, including, but not limited to, when the case is ordered set
20
   for trial, when a continuance is ordered, and when any other action is
21
   taken by the court before or after trial, except upon arraignment,
22
   plea, impanelment of jury and imposition of sentence.  Defendant hereby
23
   requests the court to proceed during every absence of which the court
24
   may permit pursuant to this waiver; agrees that her interest will be
25
   deemed represented at all times by the presence of her attorney, the
26
   same as if defendant were personally present; and further agrees to be
27
   present in person in court ready for trial any day and hour the court
28

may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: January 7, 2013

/s/Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
DAWN C. POWERS

Dated: January 7, 2013          I consent to the above waiver of presence.

/s/ Christopher Haydn-Myer for
DAWN C. POWERS

DATED: 1/7/2013

I approve of the above waiver of presence.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2