HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
P.O. Box 2696
Rocklin, CA 95677-9998
Telephone: (916) 622-1703
Email: chris@haydnlaw.com

Attorney for Defendant
DAWN POWERS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAWN POWERS,<br><br>    Defendant. | CASE NO. 2:12-00315-JAM<br><br>APPLICATION FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285 |

**Procedural History**

In this matter, defendant Dawn Powers ("Ms. Powers") is currently scheduled to be sentenced on Tuesday, September 26th, 2017, 9:15 a.m., before District Judge John A. Mendez.

I am Ms. Powers court appointed counsel. Ms. Powers resides in St. Charles, Illinois, and she is unable to afford transportation to Sacramento.

**Application**

Application is hereby made for an Order for Transportation and subsistence for Ms. Powers to enable her to meet with counsel and attend her sentencing hearing on September 26, 2017. Ms. Powers has advised counsel that she is unable to afford travel and subsistence. As such, Ms. Powers is requesting an Order authorizing the following:

1. Ms. Powers is requesting an Order authorizing the arrangement of transportation for her one-way travel from St. Charles, Illinois, to Sacramento, California the

1

morning of September 25, 2017, so that she may confer with counsel, pursuant to 18 U.S.C. § 4285.

2. Ms. Powers is requesting an Order authorizing the arrangement of transportation for her one-way travel after her court appearance on September 26th, 2017 from Sacramento, California to St. Charles, Illinois, pursuant to 18 U.S.C. § 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Ms. Power's means of noncustodial transportation or furnish the fare for such transportation from St. Charles, Illinois to Sacramento, California; to direct the United States Marshal to furnish Ms. Powers with an amount of money for subsistence and travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. § 4285; and to furnish the fare for such transportation for Ms. Powers' return after completion of her hearing from Sacramento, California to St. Charles, Illinois.

Dated: September 6, 2017   Respectfully Submitted,

             HAYDN-MYER LAW OFFICES

             <u>/s/ Christopher Haydn-Myer</u>
             CHRISTOPHER HAYDN-MYER
             Attorney for Defendant
             Dawn Powers

HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
P.O. Box 2696
Rocklin, CA 95677-9998
Telephone: (916) 622-1703
Email: chris@haydnlaw.com

Attorney for Defendant
DAWN POWERS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAWN POWERS,<br><br>    Defendant. | CASE NO. 2:12-00315-JAM<br><br>[PROPOSED] ORDER FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285 |

TO: THE UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA. GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

    The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Dawn Powers, with one-way transportation from St. Charles, Illinois to Sacramento, California on the morning of September 25th, 2017; not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code; and for Dawn Powers' one-way return from Sacramento, California to St. Charles, Illinois after her hearing on September 26, 2017.

    Dawn Powers is financially unable to travel to Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

3

*U.S. v. Powers,* 2:12-00315-JAM;
Application for Transportation

IT IS SO ORDERED.

Dated: September 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4

*U.S. v. Powers,* 2:12-00315-JAM;
Application for Transportation