HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
3785 Placer Corporate Drive, Suite 550
Rocklin, CA 95675

Telephone: (916) 622-1703
Email: chris@haydnlaw.com

Attorney for Defendant
DAWN POWERS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>DAWN POWERS,<br><br>　　　Defendant. | CASE NO. 2:12-00315-JAM<br><br>ORDER FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285 |

TO: THE UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

　　　The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Dawn Powers, with one-way transportation from St. Charles, Illinois to Sacramento, California on the morning of March 12, 2018; not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code; and for Dawn Powers' one-way return from Sacramento, California to St. Charles, Illinois after her hearing on March 13, 2018.

///

///

1  Dawn Powers is financially unable to travel to Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: February 21, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE